CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Dakota Ray MALLOT<br>DOB: 1997; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>23-03090MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about July 24, 2023, in the District of Arizona, **Dakota Ray MALLOT** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) 9mm Palmetto State Armory Dagger Compact Pistol with one (1) 9mm Magpul magazine, one (1) 9mm magazine, and (14) rounds of 9mm caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 24, 2023, **Dakota Ray MALLOT** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a 2018 Mazda 3, bearing an Arizona license plate driven by sole occupant **Dakota Ray MALLOT**. A Customs and Border Protection Officer asked **MALLOT** if he had anything to declare such as money, weapons, or ammunition to which **MALLOT** claimed he had nothing to declare. CBPO's had **MALLOT** exit his vehicle and conducted an immediate pat down search for weapons in consideration of officer safety. Prior to the pat down, **MALLOT** stated that he did not have any weapons or sharp objects that may harm the officers. CBPO's discovered two 9mm magazines tucked in **MALOTT's** socks, one which was loaded with ammunition. When CBPO's conducted a further pat down search, CBPO's again asked if **MALOTT** had a weapon on him, to which he responded yes. CBPO's subsequently discovered one (1) 9mm Palmetto State Armory Pistol bearing serial number JJE71061 taped to the inside of **MALOTT's** left thigh. In total, the following were discovered during the search of **MALOT**: one (1) 9mm Palmetto State Armory Dagger Compact Pistol with one (1) 9mm Magpul magazine, one (1) 9mm magazine, and (14) rounds of 9mm caliber ammunition.

During a post *Miranda* interview, **MALLOT** admitted that he was going to be paid to take the firearm and ammunition from Tucson into Mexico to an individual. He also admitted that he did not have a license to export firearms, magazines, or ammunition into Mexico.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA R. Arellano _Raquel Arellano_ Digitally signed by RAQUEL ARELLANO Date: 2023.07.25 13:31:53 -07'00' | SIGNATURE OF COMPLAINANT<br>KELSEY L CARLSON Digitally signed by KELSEY L CARLSON Date: 2023.07.25 13:58:10 -07'00' |
|---|---|
| Sworn by telephone  x | OFFICIAL TITLE<br>HSI Special Agent Kelsey Carlson |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 25, 2023 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

23-03090MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The firearm, ammunition, and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **MALLOT** does not possess a license to export firearms, ammunition, or magazines into Mexico.

